**Francis ANDERSON, Plaintiff-Appellant,**

v.

**Patricia REHMER, Suing in her official capacity, Helene Vartelas, Suing in her official capacity, Scott Semple, Suing in his official capacity, Anne Cournoyer, Suing in her official capacity, Defendants-Appellees.**

**16-2322**

United States Court of Appeals, Second Circuit.

**August 25, 2017**

Accordingly, we **AFFIRM** the judgment of the district court.

FOR       PLAINTIFF-APPELLANT: Francis Anderson, pro se, Newtown, CT.

FOR   DEFENDANTS-APPELLEES: Jacqueline S. Hoell, Stephen R. Strom, Assistant Attorneys General, for George Jepsen, Attorney General of the State of Connecticut, Hartford, CT.

PRESENT: JON O. NEWMAN, PIERRE N. LEVAL, ROSEMARY S. POOLER, Circuit Judges.

## SUMMARY ORDER

Appellant Francis Anderson is currently serving a sentence in a Connecticut prison. He has previously been confined in a Connecticut psychiatric facility and has filed numerous lawsuits. Proceeding pro se, Anderson appeals the district court's judgment dismissing his 42 U.S.C. ' 1983 complaint because the district court concluded that the only relief sought, a preliminary injunction (sought in the complaint and in a series of motions), had previously been denied. An appeal from the denial of those motions was affirmed. *See Anderson v. Rehmer*, No. 15-3569 (2d Cir. Dec. 23, 2015). We assume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.

We review *sua sponte* dismissals *de novo. See Giano v. Goord*, 250 F.3d 146, 149-50 (2d Cir. 2001).

Anderson's transfer to a new facility prevents him from seeking either injunctive or declaratory relief against officials of his prior facility. *See Shepherd v. Goord*, 662 F.3d 603, 610 (2d Cir. 2011).